# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIILIU WASHINGTON,<br><br>           Plaintiff,<br><br>      v.<br><br>AKANNO, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-00500-GBC (PC)<br><br>ORDER PROVIDING PLAINTIFF OPTION TO (1) STAND ON EXISTING OPPOSITION TO MOTION TO DISMISS OR (2) FILE AMENDED OPPOSITION PER AMENDED SECOND INFORMATIONAL ORDER<br>Docs. 17, 18<br><br>TWENTY-ONE DAY DEADLINE |

## I.     Procedural History

Plaintiff Kiiliu Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 6, 2012, the Court issued a second informational order, advising Plaintiff that Defendant may file an unenumerated 12(b) motion to dismiss for failure to exhaust administrative remedies and how Plaintiff must oppose the motion in order to avoid dismissal, pursuant to *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th. Cir. 2003) (citing *Ritza v. Int'l Longshoremen's & Warehousemen's Union*, 837 F.2d 365, 368 (9th Cir. 1998) (per curiam)).  Doc. 16-1.  On May 9, 2012, Defendant filed a motion to dismiss.  Doc. 17.  On June 11, 2012, Plaintiff filed an opposition to Defendant's motion to dismiss.  Doc. 18.  On June 13, 2012, Defendant filed a reply to Plaintiff's opposition.  Doc. 19.

///

///

**II.   *Woods v. Carey* and Contemporaneous Notice**

On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion to dismiss should be issued contemporaneously when a defendant files a motion to dismiss. *Woods v. Carey*, 2012 WL 2626912, at * 4 (9th Cir. Jul. 6, 2012).

**III.   Order Providing Plaintiff Option to (1) Stand on Existing Opposition to Motion to Dismiss or (2) File Amended Opposition Per Amended Second Informational Order**

In light of the separately-issued amended second informational order and notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of the notice and this order. Plaintiff may either (1) <u>stand</u> on his previously-filed opposition or (2) <u>withdraw</u> the existing opposition and <u>file an amended</u> opposition.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:
    a. <u>Stand</u> on his existing opposition already submitted to the Court; or
    b. <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;
2. If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendant's motion to dismiss;
3. If Plaintiff elects to file an amended opposition, the Court will not consider Defendant's existing reply; and
4. Defendant may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   August 8, 2012

_____
UNITED STATES MAGISTRATE JUDGE