1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   KIILIU WASHINGTON,                         CASE NO. 1:09-cv-00500-GBC (PC)

11                        Plaintiff,            ORDER PROVIDING PLAINTIFF OPTION TO
                                                (1) STAND ON EXISTING OPPOSITION TO
12          v.                                  MOTION TO DISMISS OR (2) FILE AMENDED
                                                OPPOSITION PER AMENDED SECOND
13   AKANNO, et al.,                            INFORMATIONAL ORDER
                                                Docs. 17, 18
14                        Defendants.
                                                TWENTY-ONE DAY DEADLINE
15   _____/

16
17   **I.       Procedural History**

18          Plaintiff Kiiliu Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 6, 2012, the Court

20   issued a second informational order, advising Plaintiff that Defendant may file an unenumerated

21   12(b) motion to dismiss for failure to exhaust administrative remedies and how Plaintiff must oppose

22   the motion in order to avoid dismissal, pursuant to *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th. Cir.

23   2003) (citing *Ritza v. Int'l Longshoremen's & Warehousemen's Union*, 837 F.2d 365, 368 (9th Cir.

24   1998) (per curiam)).  Doc. 16-1.  On May 9, 2012, Defendant filed a motion to dismiss.  Doc. 17.

25   On June 11, 2012, Plaintiff filed an opposition to Defendant's motion to dismiss.  Doc. 18.  On June

26   13, 2012, Defendant filed a reply to Plaintiff's opposition.  Doc. 19.

27   ///

28   ///

**II.** *Woods v. Carey* **and Contemporaneous Notice**

On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion to dismiss should be issued contemporaneously when a defendant files a motion to dismiss. *Woods v. Carey*, 2012 WL 2626912, at * 4 (9th Cir. Jul. 6, 2012).

**III.    Order Providing Plaintiff Option to (1) Stand on Existing Opposition to Motion to Dismiss or (2) File Amended Opposition Per Amended Second Informational Order**

In light of the separately-issued amended second informational order and notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of the notice and this order. Plaintiff may either (1) <u>stand</u> on his previously-filed opposition or (2) <u>withdraw</u> the existing opposition and <u>file an amended</u> opposition.

Accordingly, it is HEREBY ORDERED that:

1.     Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:

    a.     <u>Stand</u> on his existing opposition already submitted to the Court; or

    b.     <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;

2.     If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendant's motion to dismiss;

3.     If Plaintiff elects to file an amended opposition, the Court will not consider Defendant's existing reply; and

4.     Defendant may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:     August 8, 2012

_____
UNITED STATES MAGISTRATE JUDGE